PENNSYLVANIA RAILROAD COMPANY, Appellant, v. CITY OF ROCHESTER, Respondent. — Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 801.] Present — Cunningham, P. J., Dowling, Harris and McCurn, JJ.

## (March 22, 1944.)

VICTORY BUILDING CORPORATION, Appellant, v. HERBERT A. CRIST, Respondent. — Order affirmed, with ten dollars costs and disbursements to respondent to abide the event. Memorandum: The motion was apparently made under section 46 of the Buffalo City Court Act (L. 1909, ch. 570) which contains no time limitation on motions to open default judgments. Since a verified answer had already been served, the moving papers show merits because they indicate that the records of the Home Owners Loan Corporation will establish that plaintiff's claim was paid. Assuming, then, that section 108 of the Civil Practice Act applies (*Allen* v. *Hungarian Mother's Club, Inc.*, 259 App. Div. 139), still the motion was timely made, because no certified copy of the judgment, with notice of entry, was served. (*Redfield* v. *Critchley*, 277 N. Y. 336.) There was sufficient basis for the exercise of the court's discretion to open this default. All concur. (The order affirms an order of the Buffalo City Court which vacated a default judgment in favor of plaintiff and restored the case to the ready calendar, in an action to recover amounts claimed to be due on the sale of real property.) Present — Cunningham, P. J., Taylor, Dowling, McCurn and Larkin, JJ.

LOEL M. SEELYE, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 26989.) — Judgment affirmed, with costs. All concur, except Dowling, J., who dissents and votes for reversal and for granting a new trial. (The judgment dismisses a claim, based on alleged negligence in maintenance of highway within an incorporated village, for damages for personal injuries, and for damages for loss of services of, and medical attendance for, claimant's wife.) Present — Cunningham, P. J., Taylor, Dowling, McCurn and Larkin, JJ. [178 Misc. 278.]

JESSIE SEELYE, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 26990.) Judgment affirmed, with costs. All concur, except Dowling, J., who dissents and votes for reversal and for granting a new trial. (The judgment dismisses a claim for damages for personal injuries and for property damage to claimant's automobile.) Present — Cunningham, P. J., Taylor, Dowling, McCurn and Larkin, JJ. [178 Misc. 278.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CITY OF BUFFALO, Respondent, against ISIDORE J. MAZUROWSKI et al., as Assessors of the Town of Cheektowaga, Erie County, Appellants.— Final order affirmed, with costs. All concur. (The final order cancels the assessment on relator's property and adjudges the property to be exempt from taxation.) Present — Cunningham, P. J., Taylor, Dowling, Harris and Larkin, JJ. [181 Misc. 891.] [See *post*, p. 1035.]